# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| THOMAS MATTHEW SUPRANOVICH,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 80085 |
| THOMAS MATTHEW SUPRANOVICH,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 80118 ✓ |

FILED

MAR 2 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DECONSOLIDATING APPEALS AND DISMISSING APPEAL IN DOCKET NO. 80118

These are appeals from a single district court order denying a postconviction petition for a writ of habeas corpus. These appeals are deconsolidated.

This court's further review of the appeal in Docket No. 80118 reveals a jurisdictional defect. On November 21, 2019, appellant filed a pro se notice of appeal. The notice of appeal appears to challenge an order denying a postconviction petition for a writ of habeas corpus. However, the documents before this court indicate that no such order has been entered in district court case number C-15-305438-1, the case number designated in the notice of appeal. Thus, the appeal is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). In addition, it does not appear from the district court docket and minute

20-11674

entries that the district court has entered any appealable order. Accordingly, the appeal in Docket No. 80118 is dismissed.

It is so ORDERED.

_____ J.
Gibbons

_____ , J.
Stiglich

_____ , J.
Silver

cc:    Hon. Joseph Hardy, Jr., District Judge
       Thomas Matthew Supranovich
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk